

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
DEC 10 2015
DAVID CREWS, CLERK
BY_____ Deputy

UNITED STATES OF AMERICA

v.

ERNEST MCKINNLEY FOX

CRIMINAL NO. 3:15CR 142
18 U.S.C. § 1951

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about April 6, 2015, and continuing through April 10, 2015, in the Northern District of Mississippi and elsewhere, **ERNEST MCKINNLEY FOX,** defendant, while acting under color of official right, did in some way or degree obstruct, delay and affect the movement of any article or commodity in commerce, and did attempt to obstruct, delay and affect the movement of any article or commodity in commerce in any way or degree by means of extortion, to wit: **FOX**, a Calhoun County Supervisor, solicited a bribe from the victim, who was lawfully doing business in Calhoun County as a timber hauler for business in interstate commerce, advising the victim that if he wished to continue hauling logs and leaving mud on Calhoun County roads without official interference, the victim would need to make a monetary "contribution" to **FOX's** re-election campaign, all in violation of Title 18, United States Code, Section 1951.

## COUNT TWO

From on or about April 14, 2015, through on or about June 9, 2015, in the Northern District of Mississippi and elsewhere, **ERNEST MCKINNLEY FOX,** defendant, while acting under color of official right, did delay and affect the movement of any article or commodity in commerce and did attempt to obstruct, delay and affect the movement of any article or commodity in commerce in any way or degree, by means of extortion, to wit: **FOX**, a Calhoun County Supervisor, solicited a bribe from the victim, who was lawfully doing business in Calhoun County as a timber hauler for business in interstate commerce, advising the victim that if he wished to continue hauling logs and leaving mud on Calhoun County roads without official interference, the victim needed to pay additional money to **FOX** in order to continue hauling timber from other sites in Calhoun County, all in violation of Title 18, United States Code, Section 1951.

A TRUE BILL

Felicia C. Adams
UNITED STATES ATTORNEY

/s/ redacted signature
FOREPERSON