RECEIVED
DEC 10 2015
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:15CR142
     18 U.S.C. § 1951

ERNEST MCKINNLEY FOX

**PENALTIES**

**COUNT ONE**
**18 U.S.C. § 1951**

| | |
|---|---|
| Not more than 20 years imprisonment | 18 U.S.C. § 1951 |
| Not more than 5 years supervised release | 18 U.S.C. § 3583(b)(1) |
| Not more than $250,000 fine | 21 U.S.C. § 3571(b)(3) |
| $100 special assessment | 18 U.S.C. § 3013(a)(2)(A) |

**COUNT TWO**
**18 U.S.C. § 1951**

| | |
|---|---|
| Not more than 20 years imprisonment | 18 U.S.C. § 1951 |
| Not more than 5 years supervised release | 18 U.S.C. § 3583(b)(1) |
| Not more than $250,000 fine | 21 U.S.C. § 3571(b)(3) |
| $100 special assessment | 18 U.S.C. § 3013(a)(2)(A) |

SUSAN S. BRADLEY,
MS Bar # 102629; TN Bar #018557
Assistant United States Attorney
Office of the United States Attorney
Northern District of Mississippi
Ethridge Professional Building
900 Jefferson Avenue
Oxford MS 38655-3608
Telephone 662/234-3351, Fax 662/234-0657

3