CRIMINAL CASE COVER SHEET                          U.S. DISTRICT COURT

                                                   **Complete entire form**

**Place of Offense:**                    **Related Case Information**

City Bruce                               Superseding Indictment _____ Case Number _____

County Calhoun                           Same Defendant _____ New Defendant _____

RECEIVED                                 Magistrate Judge Case Number _____

DEC 10 2015                              Search Warrant Case Number _____

UNITED STATES DISTRICT COURT             R20/R40 from District of _____
NORTHERN DISTRICT OF MISSISSIPPI
                                         Related Criminal Case Number _____

**Defendant Information**

Juvenile:     ☐ Yes     ☑ No        If yes, Matter to be sealed:     ☐ Yes     ☑ No

Defendant Name Ernest McKinnley Fox

Alias Name _____

Address Bruce, MS

DOB 1949      SS# xxx-xx-1336  Sex M      Race B       Nationality _____

Represented by: _____

**U.S. Attorney Information**: AUSA Susan S. Bradley _____ Bar # 102629

Interpreter: ☐ Yes     ☑ No        List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts 2 _____          ☐ Petty     ☐ Misdemeanor     ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18:1951.F | Interference with Commerce by Threat | 1 |
| Set 2 18:1951.F | Interference with Commerce by Threat | 2 |
| Set 3 | | |
| Set 4 | | |

Date: _____          Signature of AUSA _[signature]_

**District Court Case Number:**
(To be entered by Clerk)          3:15 CR 142