UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

CRIMINAL MINUTES

**CASE NO: 3:15CR142-A-A    LOCATION HELD: OXFORD**

**UNITED STATES OF AMERICA V.   ERNEST MCKINNLEY FOX**

**DATE & TIME BEGUN: 12/16/15 @     2:53 p.m.**

**DATE & TIME ENDED: 12/16/15 @     3:01 p.m.**

**TOTAL TIME:    8 min**

**PRESENT:**

**HONORABLE S. ALLAN ALEXANDER, U. S. MAGISTRATE JUDGE**

| Willie Sue Miller | Digital Recording |
| Deputy Clerk | Court Reporter |

**ATTORNEY(S) FOR GOVERNMENT:**        **ATTORNEY(S) FOR DEFENDANT(S)):**


**PROCEEDINGS: Initial Appearance**

**ENTRY TO BE MADE ON DOCKET:**
Hearing held.  Defendant to retain counsel.  Bond set at $5,000.00 unsecured.  Arraignment set for 12/21/15 at 2:00 p.m. before Magistrate Judge Alexander in Oxford, MS.

**DAVID CREWS, CLERK**

/s/ Willie Sue Miller
Willie Sue Miller, Courtroom Deputy